TORKILDSON, KATZ,
HETHERINGTON, HARRIS & KNOREK
Attorneys at Law, A Law Corporation

KENDRA K. KAWAI           7779
(kkk@torkildson.com)
JOSEPH A. ERNST           9001
(jae@torkildson.com)
JENNIFER L. GITTER        10503
(jlg@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
ARMSTRONG PRODUCE, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BUDDY P. KAMAKEEAINA,<br><br>        Plaintiff,<br>   v.<br><br>ARMSTRONG PRODUCE, LTD.,<br><br>        Defendant. | CIVIL NO. _____<br><br>DEFENDANT ARMSTRONG PRODUCE, LTD.'S NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT; EXHIBIT A; CERTIFICATE OF SERVICE |

**DEFENDANT ARMSTRONG PRODUCE, LTD.'S NOTICE OF
REMOVAL OF STATE COURT ACTION TO FEDERAL COURT**

Defendant ARMSTRONG PRODUCE, LTD., ("Defendant"), by and

through its undersigned counsel, Torkildson Katz Hetherington Harris & Knorek,

give Notice of Removal to the United States District Court for the District of

Hawai'i of the state court action captioned *Buddy P. Kamakeeaina v. Armstrong Produce, Ltd.,* Civil No. 19-1-0038-01 JPC, filed in the Circuit Court of the First Circuit State of Hawai'i, by Plaintiff BUDDY P. KAMAKEEAINA ("Plaintiff"). Defendants make the Notice of Removal under 28 U.S.C. §§ 1331, 1367 and 1441 and base it on the following:

## BACKGROUND

1.  On January 9, 2019, Plaintiff filed the Complaint attached as Exhibit A ("Complaint") in the Circuit Court of the First Circuit State of Hawai'i, attempting to make claims for violation of state and federal discrimination laws, and intentional infliction of emotional distress. (Complaint at pp. 1-2, 9-22.) A copy of the Complaint and Summons was served on Defendant on March 11, 2019, and is attached as Exhibit "A."

## TIMELINESS OF REMOVAL

2.  This Notice of Removal is timely because Defendant Armstrong Produce, Ltd., is filing it within thirty (30) days after being served with a copy of Exhibit A on March 11, 2019 in accordance with 28 U.S.C. § 1446(b). *Murphy Bros. Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999).

## ORIGINAL JURISDICTION—ALLEGED VIOLATIONS OF TITLE VII AND THE REHABILITATION ACT

3. According to 28 U.S.C. § 1331, this Court has original jurisdiction of Plaintiff's claims. The claims arise under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e to 2000e-17 and the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.*

## SUPPLEMENTAL JURISDICTION

4. The Court has supplemental jurisdiction over any and all related state law claims alleged in the Complaint pursuant to 28 U.S.C. § 1367(a), because all of Plaintiff's claims under the Complaint form part of the same case or controversy. Plaintiff's state law claims share common operative facts (or alleged facts) with his federal law claims, and the parties are identical. Resolving all state and federal claims in a single action serves the interest of judicial economy, convenience, and fairness to the parties.

## VENUE

5. Venue is proper because Defendant Armstrong Produce, Ltd., resides in Hawai'i, a substantial part of the events or omissions giving rise to the Complaint occurred in Hawai'i and Plaintiff originally brought this action in the Circuit Court of the First Circuit, State of Hawai'i. 28 U.S.C. §§ 1391.

## NOTICE OF REMOVAL

6. Defendant Armstrong Produce, Ltd., will promptly serve this Notice of Removal on Plaintiff and file it with the Clerk of the Circuit Court of the First Circuit, State of Hawaiʻi.

7. According to 28 U.S.C. § 1446(a), attached is a copy of all of process, pleadings, and orders served on Defendant Armstrong Produce, Ltd.:

- Exhibit A: Complaint;

WHEREFORE, Defendant Armstrong Produce, Ltd., requests the above action pending before the Circuit Court of the First Circuit, State of Hawaiʻi be removed to the United States District Court for the District of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, March 29, 2019.

TORKILDSON, KATZ,
HETHERINGTON, HARRIS & KNOREK
Attorneys at Law, A Law Corporation

*/s/ Kendra K. Kawai*
KENDRA K. KAWAI
JOSEPH A. ERNST
JENNIFER L. GITTER
Attorneys for Defendant
ARMSTRONG PRODUCE, LTD.