TORKILDSON, KATZ,
HETHERINGTON, HARRIS & KNOREK
Attorneys at Law, A Law Corporation

| | |
|---|---|
| KENDRA K. KAWAI | 7779 |
| (kkk@torkildson.com) | |
| JOSEPH A. ERNST | 9001 |
| (jae@torkildson.com) | |
| JENNIFER L. GITTER | 10503 |
| (jlg@torkildson.com) | |

700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
ARMSTRONG PRODUCE, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BUDDY P. KAMAKEEAINA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMSTRONG PRODUCE, LTD.,<br><br>        Defendant. | CIVIL NO.  19-00158 DKW-RT<br><br>**DEFENDANT ARMSTRONG PRODUCE, LTD.'S MOTION TO CONSOLIDATE RELATED ACTIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF KENDRA K. KAWAI; EXHIBIT A; CERTIFICATE OF SERVICE** |

**DEFENDANT ARMSTRONG PRODUCE, LTD.'S
MOTION TO CONSOLIDATE RELATED ACTIONS**

  Defendant Armstrong Produce, Ltd. hereby moves to consolidate this case

with *Buddy P. Kamakeeaina v. Armstrong Produce, Ltd.*, Case No. 18-00480

DKW-RT for all purposes, including all pretrial matters and for trial. The plaintiff and defendant in the two cases are the same, and the claims arise out of the same operative facts. Consolidation will expedite the proceedings, avoid unnecessary delays and eliminate the risk of inconsistent adjudications.

This motion is made pursuant to FRCP 42(a), Local Rules 7.1 and 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, the attached memorandum and declaration of counsel, and the complete files of this action and the related action.

DATED: Honolulu, Hawai‛i, April 5, 2019.

        TORKILDSON, KATZ,
        HETHERINGTON, HARRIS & KNOREK
        Attorneys at Law, A Law Corporation

        */s/ Kendra K. Kawai*
        KENDRA K. KAWAI
        JOSEPH A. ERNST
        JENNIFER L. GITTER
        Attorneys for Defendant
        ARMSTRONG PRODUCE, LTD.

17401/0015/2419871.V1